UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JEFFREY MALCOME AHART, | ) | 1:06-CV-00173-OWW-LJO-HC |
| | ) | |
| Petitioner, | ) | ORDER GRANTING EXTENSION OF TIME TO SUBMIT NEW APPLICATION TO PROCEED IN FORMA PAUPERIS AND CERTIFIED COPY OF TRUST ACCOUNT STATEMENT, **OR** PAY FILING FEE |
| v. | ) | |
| CALIFORNIA DEPARTMENT OF CORRECTIONS, et al., | ) | [Documents #9 & #12] |
| | ) | ORDER DENYING REQUEST FOR COURT ORDER DIRECTING PRISON OFFICIALS TO ACT |
| Respondent. | ) | [Document #10] |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On March 21, 2006, the court ordered petitioner to submit a new application to proceed in forma pauperis and a certified copy of his prison trust account statement. On March 29, 2006, petitioner submitted an application to proceed in forma pauperis. However, petitioner did not submit a certified copy of his prison trust account statement.

On April 10, 2006, and April 19, 2006, petitioner filed motions to extend time to submit a new application to proceed in forma pauperis and a certified copy of his prison trust account statement, or in the alternative, to pay the $5.00 filing fee. Petitioner also filed a request for the court to issue an order for prison officials to provide a certified copy of his trust account statement to the court.

Petitioner is hereby informed that it is his responsibility to follow procedures established at the prison to insure that the court receives a certified copy of his trust account statement. Petitioner should show a copy of this order to his prison counselor or another official in the accounts department. The court declines to issue an order directing prison officials to act at this time. However, petitioner shall

1  be granted an extension of time in which to submit a new application and certified copy of his trust
2  account statement to the court. To the extent Petitioner claims prison officials are refusing to comply
3  with his requests, Petitioner has failed to make any kind of showing. Petitioner fails to state what he has
4  done to comply with the Court's order, how prison officials have acted to frustrate his attempts, or the
5  dates, times, and places of the alleged occurrences.

6  Accordingly, IT IS HEREBY ORDERED that:

7  1. Petitioner's request for a court order directing prison officials to provide a copy of
8  petitioner's trust account statement is denied;

9  2. The Clerk of the Court shall send to petitioner a form for application to proceed in forma
10  pauperis by a prisoner; and

11  3. Petitioner is granted thirty days from the date of service of this order in which to submit
12  a new application to proceed in forma pauperis and a certified copy of his prison trust
13  account statement which includes the six month period immediately preceding the filing
14  of the petition, or in the alternative, to pay the $5.00 filing fee, pursuant to the court's
15  order of March 21, 2006.

16  IT IS SO ORDERED.

17  **Dated:   April 27, 2006**          /s/ Lawrence J. O'Neill
    23ehd0                              UNITED STATES MAGISTRATE JUDGE